UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION,

                Plaintiff in
                Interpleader,

        -v.-

RONALD HUNT, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE FOR THE
ESTATE OF DR. DANIEL HIPPOLYTE
HUNT, STEPHANIE HUNT-GUILLAUME,
DESMOND HUNT, COURTNEY HUNT and
ADRIAN WILLIAMS,

                Defendants in
                Interpleader.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2023

23 Civ. 1450 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On March 10, 2023, Plaintiff New York City Health and Hospitals Corporation filed a motion for leave for interpleader deposit and for an injunction pursuant to 28 U.S.C. § 2361. *See* ECF No. 16. Plaintiff seeks "leave to deposit the interpleader funds in an amount no less than $137,863.23, representing the proceeds of decedent Dr. Daniel Hippolyte Hunt's . . . Vested Account Balance subject to [Plaintiff's] 403(b) Non-ERISA Volume Submitter Plan, with the registry of the Court." *Id.* at 2. Plaintiff's deposit of these proceeds is a prerequisite to the Court's exercise of jurisdiction under 28 U.S.C. § 1335. *See Fed. Ins. Co. v. Tyco Int'l Ltd.*, 422 F. Supp. 2d 357, 396 (S.D.N.Y. 2006) ("[C]ourts in the Second Circuit have consistently followed the rule that a deposit or a bond is a jurisdictional prerequisite for statutory interpleader relief." (citation omitted)); ECF No. 1 (Compl.) ¶¶ 7-9 (alleging that "this court has original jurisdiction in this matter pursuant to 28 U.S.C. § 1335(a)").

To date, no party has responded to Plaintiff's motion.  By **May 17, 2023**, any party wishing to respond to Plaintiff's motion shall file an opposition.  Any such party shall indicate therein whether the party wishes to be heard on Plaintiff's request for an injunction.  By **May 24, 2023**, Plaintiff shall file any reply.

By **May 8, 2023**, Plaintiff shall serve Defendants Ronald Hunt and Adrian Williams, who have not entered appearances in this case, via overnight courier with (1) a copy of the motion for leave for interpleader deposit and for an injunction and all supporting papers; and (2) a copy of this Order.  Within **two business days of service**, Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: May 3, 2023
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge