UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,<br><br>      Interpleader-Plaintiff,<br><br>      -v.-<br><br>RONALD HUNT et al.,<br><br>      Interpleader-Defendants. | 23 Civ. 1450 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  By **Wednesday, February 28, 2024**, the parties shall file a joint letter updating the Court on any developments since June 2023 that bear on the Motion for Interpleader Deposit and Preliminary Injunction, *see* ECF No. 16, including any efforts to settle.

  It is further ORDERED that Defendant Ronald Hunt shall promptly file a Notice of Appearance *Pro Se*. *See* R. 2 of Individ. Rs. and Pracs. in Civil *Pro Se* Cases ("Each *pro se* party must maintain a current mailing address of record. . . . If a *pro se* party fails to maintain a current mailing address of record, the *pro se* party's claims may be dismissed."). Mr. Hunt shall also review the Court's Individual Rules and Practices in Civil *Pro Se* Cases, available at [https://www.nysd.uscourts.gov/hon-jennifer-h-rearden](https://www.nysd.uscourts.gov/hon-jennifer-h-rearden). Mr. Hunt is encouraged to consent to receive electronic service through ECF. The Court has enclosed with this Order the *Pro Se* Consent to Receive Documents Electronically instructions and Consent to Electronic Service form.

  By **Thursday, February 22, 2024**, Plaintiff shall serve Defendants Ronald Hunt and Adrian Williams by overnight courier with a copy of this Order. Within **two business days of service**, Plaintiff must file proof of such service on the docket.

  SO ORDERED.

Dated: February 20, 2024
    New York, New York

                            */s/ Jennifer H. Rearden*
                               JENNIFER H. REARDEN
                               United States District Judge

United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

**IMPORTANT NOTICE**

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

**PRO SE INTAKE WINDOW LOCATIONS:**
40 FOLEY SQUARE | NEW YORK, NY  10007
300 QUARROPAS STREET | WHITE PLAINS, NY  10601

**MAILING ADDRESS:**
500 PEARL STREET | NEW YORK, NY  10007
PRO SE INTAKE UNIT: 212-805-0136

rev. 3/5/21

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address |

| | |
|---|---|
| Date | Signature |

**Click Here to Save**