UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK CITY HEALTH AND HOSPITALS CORPORATION,<br><br>             Plaintiff in Interpleader,<br>     v.<br><br>RONALD HUNT, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF DR. DANIEL HIPPOLYTE HUNT, STEPHANIE HUNT-GUILLAUME, DESMOND HUNT, COURTNEY HUNT and ADRIAN WILLIAMS,<br><br>             Defendants in Interpleader. | Civil Action No. 1:23-cv-01450-JHR-KHP<br><br>**ORDER FOR INTERPLEADER DEPOSIT AND AN INJUNCTION** |

This matter having come before the Court on the motion of Plaintiff in Interpleader New York City Health and Hospitals Corporation (the "Stakeholder") for an Order pursuant to 28 U.S.C. §§ 1335(a) and 2361 and Rule 67(a) of the Federal Rules of Civil Procedure (1) granting the Stakeholder leave to deposit the interpleader funds in an amount no less than $137,863.23, representing the proceeds of decedent Dr. Daniel Hippolyte Hunt's (the "Decedent") Vested Account Balance subject to the Stakeholder's 403(b) Non-ERISA Volume Submitter Plan (the "Plan"), with the registry of the Court, and (2) enjoining each of Ronald Hunt, both individually and as personal representative of the estate of the Decedent, Stephanie Hunt-Guillaume, Desmond Hunt, Courtney Hunt and Adrian Williams (together as the "Claimants"), from initiating legal action in any State or United States court regarding the matters at issue in this interpleader action, and the Court, having considered the papers in support of the motion and the other papers on file, and Defendants Stephanie Hunt-Guillaume, Desmond Hunt, and Courtney Hunt having been given notice by ECF of the Stakeholder's motion, *see* ECF Nos. 26, 27, 41,

and Defendants Ronald Hunt and Adrian Williams having been given notice by overnight mail of the motion, *see* ECF Nos. 18, 20, 36, 39, 40, 46, and for good cause shown;

**IT IS** on this 31st day of March, 2024~~3~~,

**ORDERED** that the Stakeholder's motion for leave to deposit the interpleader funds in an amount no less than $137,863.23 with the registry of the Court is **GRANTED**; and it is further

**ORDERED** that the Stakeholder shall deposit the interpleader funds in an amount no less than $137,863.23 with the registry of the Court; and it is further

**ORDERED** that the Clerk of the Court shall accept the interpleader funds in an amount no less than $137,863.23; and it is further

**ORDERED** that the Clerk of the Court shall deposit the interpleader funds in an amount no less than $137,863.23 into the Disputed Ownership Fund in the Court Registry Investment System and hold such funds pending further Order of the Court; and it is further

**ORDERED** that the Clerk of Court shall deduct from the income on the investment a fee consistent with that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office; and it is further

**ORDERED** that the Stakeholder's motion for an injunction enjoining each Claimant from instituting or prosecuting any proceeding in any State or United States court affecting the Decedent's Vested Account Balance involved in this interpleader action is **GRANTED**; and it is further

**ORDERED** that each Claimant is, and until further Order of the Court shall be, enjoined from instituting or prosecuting any proceeding in any State or United States court affecting the Decedent's Vested Account Balance involved in this interpleader action; and it is further

**ORDERED** that the Stakeholder shall serve Defendants Ronald Hunt and Adrian Williams with a copy of this Order **within one week of the date of this Order** and file proof of service **within two business days of service**.

Dated: March 31, 2024
      New York, New York

_____
Hon. Jennifer H. Rearden, U.S.D.J.