```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/6/2024____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION,

                                     Plaintiff in
                                     Interpleader,

                  -against-

RONALD HUNT et al.,

                                       Defendants in
                                     Interpleader
----------------------------------------------------------------X

**23-CV-1450 (JHR) (KHP)**

**<u>ORDER</u>**

**KATHARINE H. PARKER, United States Magistrate Judge:**

As discussed at the telephonic Case Management Conference on May 6, 2024:

      By **Monday, May 13, 2024**, Defendant in Interpleader Ronald Hunt will send a written settlement proposal to counsel for Defendants in Interpleader Stephanie Hunt-Guillaume, Desmond Hunt, and Courtney Hunt, who shall reply to Ronald Hunt by **Monday, May 20, 2024**. If Defendants in Interpleader settle the matter, they shall alert the Court via letter by **Wednesday, June 5, 2024**.

      Any motion for summary judgment shall be filed by Defendants in Interpleader Stephanie Hunt-Guillaume, Desmond Hunt, and Courtney Hunt by **Wednesday, June 5, 2024**. The cross-motion for summary judgment and opposition of Ronald Hunt is due **Friday, July 5, 2024**. The reply of Defendants in Interpleader Stephanie Hunt-Guillaume, Desmond Hunt, and Courtney Hunt in support of their motion and opposition to Ronald Hunt's cross-motion is due **Friday, July 19, 2024** and the sur-reply of Ronald Hunt in support of his cross-motion is due **Friday August 2, 2024**. All briefs shall be limited to 25 pages, double-spaced, 12 point font.

**SO ORDERED.**

DATED:        New York, New York
              May 6, 2024

_____
KATHARINE H. PARKER