USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION,

                            Plaintiff in Interpleader,

          -against-

RONALD HUNT individually and as personal
representative for the estate of Dr. Daniel
Hippolyte Hunt, STEPHANIE HUNT-GUILLAUME,
DESMOND HUNT, COURTNEY HUNT, and
ADRIAN WILLIAMS

                            Defendants in Interpleader
----------------------------------------------------------------X

**23-CV-1450 (JHR) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        Defendant in Interpleader Ronald Hunt filed a declaration in support of his opposition to the motion for summary judgment. (ECF No. 67.) In the declaration, Ronald Hunt states that he attaches as Exhibit G "an audiovisual file of the Decedent expressing his personal wishes with respect to the bequeath of his personal assets and the residue of his Estate, recorded as of March 11, 2022 at 7:56 a.m." However, no audiovisual file was included in that filing, nor has the Court received such a file separately. Accordingly, by **Monday, November 25, 2024,** Ronald Hunt is instructed to email the audiovisual file to Chambers at Parker_NYSDChambers@nysd.uscourts.gov. Alternatively, if the file is too large to send via email, Ronald Hunt may mail a CD Rom or flash drive containing the file to Chambers at 500 Pearl Street, New York, New York by **December 2, 2024**.

**SO ORDERED.**

DATED:	New York, New York
	November 21, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge