UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
NEW YORK CITY HEALTH & HOSPITALS CORPORATION,

                Plaintiff in Interpleader,

23 **CIVIL** 1450 (JHR) (KHP)

     -against-

**JUDGMENT**

RONALD HUNT individually and as personal representative for the estate of Dr. Daniel Hippolyte Hunt, STEPHANIE HUNTGUILLAUME, DESMOND HUNT, COURTNEY HUNT, and ADRIAN WILLIAMS,

                Defendants in Interpleader.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 31, 2025, the Court adopts the Report & Recommendation in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
          September 2, 2025

                                            **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                            **BY:**
                                                **Deputy Clerk**